FREDERICK WIDLUND, Respondent, v. MAYER HARRIS, Appellant.— Judgment and order unanimously affirmed, with costs, on authority of *Widlund* v. *Harris*

(ante, p. 831), decided herewith. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.